**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **BANKRUPTCY NO. 20-20538-CMB** |
| | : | |
| **Rebecca M. Zeher,** | : | |
| | : | **CHAPTER 13** |
| **Debtor** | : | |
| ***************************************** | : | |
| **Rebecca M. Zeher,** | : | |
| | : | **RELATED TO DOCKET NO. 54** |
| **Movant** | : | |
| | : | **HEARING DATE & TIME:** |
| vs. | : | **March 22, 2022 at 11:00 AM** |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Standing Chapter 13 Trustee,** | : | |
| **Respondent** | : | |

## CERTIFICATION OF NO OBJECTION REGARDING THE APPLICATION TO EMPLOY REALTOR FILED AT DOCKET NO. 54

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application to Employ Realtor filed on February 17, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than March 2, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>March 8, 2022</u>    By: <u>/s/ Lawrence Willis Esquire</u>
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704
lawrencew@urfreshstrt.com